# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00079-CR

**Susan Moore, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BASTROP COUNTY, 21ST JUDICIAL DISTRICT
### NO. 13,516, HONORABLE CHRISTOPHER DARROW DUGGAN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Susan Moore filed a motion requesting that her appeal be dismissed. *See*

Tex. R. App. P. 42.2(a). We grant the motion and dismiss the appeal.

_____

Diane M. Henson, Justice

Before Justices Patterson, Puryear and Henson

Dismissed on Appellant's Motion

Filed: March 12, 2010

Do Not Publish